**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOREN JUUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 15-1701 (EGS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Joshua Kolsky, Assistant

U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

__/s/_____
JOSHUA KOLSKY
Assistant United States Attorney
D.C. BAR #993430
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov